# In The United States Court of Federal Claims

Cover Sheet 06-908 L

Plaintiff(s) or Petitioner(s)
Hoopa Valley Tribe

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Thomas P. Schlosser

Firm Name: Morisset, Schlosser, Jozwiak & McGaw

Post Office Box:

Street Address: 801 Second Ave., Ste. 1115

City-State-Zip: Seattle, WA 98104-1509

Telephone & Facsimile Numbers: Tel: 206-386-5200 Fax: 206-386-7322

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain

Agency Identification Code: D O I
See attached sheet for three-digit codes

Amount Claimed: $ 106,000,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ n/a
Is plaintiff a small business? □ Yes ■ No

Vaccine Case:
Date of Vaccination: n/a

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

ORIGINAL