FILED
DEC 28 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOOPA VALLEY TRIBE,** | ) | |
| **Plaintiff;** | ) | Case No. 06-908 L |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF DIRECTLY RELATED CASE

This action appears to be directly related within the meaning of RCFC 40.2(a) to the closed case entitled *Cheyenne-Arapaho Tribes of Indians of Oklahoma, et al., v. United States*, Nos. 342-70 and 343-70. The Hoopa Valley Tribe and the United States were parties to both cases and both cases concerned action and inaction by the United States in managing funds held in trust for the Tribe.

Although the related matter is quite old, it is possible that assignment of the case to senior Judge Lydon would conserve judicial resources and promote efficient determination of the action.

Respectfully submitted this 27th day of December, 2006.

MORISSET, SCHLOSSER, JOZWIAK & McGAW

Thomas P. Schlosser, Attorney of Record
801 Second Avenue, Suite 1115
Seattle, WA 98104-1509
Tel.: (206) 386-5200
Fax: (206) 386-7322
t.schlosser@msaj.com
*Attorneys for Hoopa Valley Tribe*

T:\WPDOCS\0020\09685\HVT\RelatedCase_01.doc
nmc 12/11/06

ORIGINAL