IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOPA VALLEY TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-908L |
| | ) | Judge Lawrence M. Baskir |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's Motion for Leave to File a Corrected Copy of Notice of Appearance. Upon consideration of the motion and for good cause shown, it is hereby ordered that Defendant's motion should be and hereby is **GRANTED**.

**SO ORDERED**.

Date: ____________________________ ____________________________________________

HON. LAWRENCE M. BASKIR
United States Court of Federal Claims