**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOOPA VALLEY TRIBE,** | ) | **No. 06-908 L** |
| | ) | |
| **Plaintiff,** | ) | **ADR Judge Marian B. Horn** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

The undersigned, James. M. Upton, has been assigned as the attorney of record for the Defendant, in substitution for Martin J. LaLonde, the prior lead attorney for the Defendant.

Mr. Upton's address for United Sates Mail purposes is, as follows:

U.S. Department of Justice
Environment &Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Mr. Upton's address for Federal Express and hand delivery purposes is as follows:

U.S. Department of Justice
Environment &Natural Resources Division
Natural Resources Section
601 D Street, NW
Room 3116
Washington, D.C. 20004

Mr. Upton's e-mail address is as follows: james.upton@usdoj.gov

Defendant respectfully requests that the Clerk of Court enter the appearance of James Upton as attorney of record (or lead counsel) for the Defendant in the above - captioned case.

Dated this 9th day of July, 2007.

Respectfully submitted,

s/ James M. Upton
JAMES M. UPTON
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tel.: (202) 305-0482
Fax: (202) 305-0506

Attorney For Defendant