**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOOPA VALLEY TRIBE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-908 L** |
| | ) | **Judge Lawrence Baskir** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION OF STAY OF PROCEEDINGS**

The parties hereby jointly move for an extension of the current stay of proceedings from July 27, 2007 to, and including, December 10, 2007. In support of this motion, the parties state as follows:

1. By its Order of February 22, 2007, the court stayed proceedings in this case until July 27, 2007;

2. The extension of the stay will operate so as to defer the obligation of Plaintiff to amend its complaint and of Defendant to file its Answer or otherwise respond to the Complaint for the duration of any stay;

3. The parties agree that the most productive way to proceed in this case is by means of informal discovery. Once the government has responded to the plaintiff's informal discovery, the parties should have sufficient information about the Tribe's claims to enable the parties to explore the possibility of a negotiated settlement of this case, with the assistance of ADR Judge Horn; and

4. The parties believe that extending the current stay will serve to expedite the final

resolution of this case. Also, granting of this motion will promote judicial economy and efficiency and conserve the parties' limited resources.

5. Based on the foregoing, the Parties hereby respectfully request that the court extend the stay of the litigation in this case, to and including December 10, 2007, and direct the filing of a Joint Status Report on or before that date.

Dated this 23rd day of July 2007.

Respectfully submitted,

s/ Thomas P. Schlosser
THOMAS P. SCHLOSSER
Morisett, Schlosser, Jozwiak & McGaw
801 Second Avenue, Suite 1115
Seattle, Washington, D.C. 98104-1509
Ph. (208) 386-5200
Fax: (208) 386-7322
E-mail: t.schlosser@msaj.com
*Attorney of Record for Plaintiff*

s/ James M. Upton
JAMES M. UPTON
U. S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P. O. Box 663
Washington, D. C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0482
E-mail address: james.upton@usdoj.gov
*Attorney of Record for Defendant*

@PFDesktop\::ODMA/PCDOCS/NRS/403016/1