**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HOOPA VALLEY TRIBE,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 06-908 L**<br>**Judge Lawrence Baskir** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 22, 2007, the parties submit the following joint status report:

1. On May 31, 2007, Plaintiff's counsel met with Defendants' counsel Anthony Hoang in Denver, Colorado to discuss the possibilities of settlement in this case and related matters.

2. Subsequently, on July 13, and 18, 2007, counsel for the parties had telephone conversations relating to the Plaintiff's informal discovery requests, the need to extend the stay of proceedings in this case and the need to file a joint stipulation and a proposed protective order regarding the confidentiality of certain documents and data which are provided by the defendant to the plaintiff in discovery.

3. Since counsel agree that the existing stay of proceedings in this case should be extended, they are simultaneously filing a Joint Motion for Extension of Stay of Proceedings.

4. Defendants' counsel has been working on the preparation of a draft of a joint stipulation and protective order on confidentiality and will forward it to plaintiff's counsel shortly.

5. The Parties recommend that a Joint Status Report be filed no later than December 10,

2007, informing the court on the outcome of the settlement discussions and making additional proposals. In the event that continued settlement discussions do not then seem productive, the JSR shall include the Parties' recommendations regarding deadlines for the filing of Plaintiff's amended complaint (if any), Defendant's answer or response, and the Joint Preliminary Status Report.

Dated this 23rd day of July, 2007.

Respectfully submitted,

s/ Thomas P. Schlosser
THOMAS P. SCHLOSSER
Morisset, Schlosser, Joswiak & McGaw
801 Second Avenue, Suite 1115
Seattle, Washington 98104-1509
Ph. (206) 386-5200
Fax: (206) 386-7322
E-mail: t.schlosser@msaj.com
*Attorney of Record for Plaintiff*

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
*Attorney of Record for Defendant*