**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOOPA VALLEY TRIBE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-908 L** |
| | ) | **Judge Lawrence Baskir** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of July 30, 2007, the parties submit the following joint status report:

1. In July and August 2007, counsel for the parties had telephone conversations relating to the Plaintiff's informal discovery requests and the need to file a joint stipulation and a proposed protective order regarding the confidentiality of certain documents and data which are provided by the defendant to the plaintiff in discovery.

2. Defendant’s counsel has produced a substantial volume of material responsive to Plaintiff’s discovery requests and has withheld additional documents pending development of an appropriate protective stipulation or order.

3. During the fall of 2007, counsel for the parties, who are also counsel in related tribal trust funds mismanagement cases handled by Plaintiff’s law firm, have worked on confidentiality procedures and have agreed upon a proposed Order in one of the related cases, Makah Indian Tribe v. United States, No. 06-889 L. Counsel also plan to discuss the need for a document preservation order to be entered in this case.

4. Since counsel agree that the existing stay of proceedings in this case should be

extended, they are simultaneously filing a Joint Motion for Extension of Stay of Proceedings.

5. The Parties recommend that a Joint Status Report be filed no later than July 10, 2008, informing the court on the outcome of settlement discussions and making additional proposals. In the event that continued settlement discussions do not then seem productive, the JSR shall include the Parties' recommendations regarding deadlines for the filing of Plaintiff's amended complaint (if any), Defendant's answer or response, and the Joint Preliminary Status Report.

Dated this 7th day of December, 2007.

Respectfully submitted,

s/ Thomas P. Schlosser
THOMAS P. SCHLOSSER
Morisset, Schlosser, Joswiak & McGaw
801 Second Avenue, Suite 1115
Seattle, Washington 98104-1509
Ph. (206) 386-5200
Fax: (206) 386-7322
E-mail: t.schlosser@msaj.com
*Attorney of Record for Plaintiff*

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov
*Attorney of Record for Defendant*