**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOOPA VALLEY TRIBE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-936** |
| | ) | |
| **THE UNITED STATES,** | ) | **Judge Lawrence Baskir** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING**

On December 7, 2007, the Defendant filed: (1) Joint Motion for Extension of Stay of Proceedings (Docket # 16); and (2) Joint Status Report (Docket # 17) in this case. The purpose of this notice is to certify that Plaintiff's attorney of record, Thomas P. Schlosser, authorized Defendant's counsel to sign both the Joint Motion and the Joint Status Report on his behalf. The undersigned inadvertently failed to include a recitation of that authorization in each of these two filings.

Dated this 7th day of December, 2007.

Respectfully submitted,

*s/ James M. Upton*

JAMES M. UPTON
U. S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0482
Facsimile: (202) 353-2021
E-mail: james.upton@usdoj.gov

Attorney of Record for Defendant