**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOOPA VALLEY TRIBE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-908 L** |
| | ) | **Judge Lawrence Baskir** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION OF STAY OF PROCEEDINGS**

The parties hereby jointly move for an extension of the current stay of proceedings from July 10, 2008, to, and including, December 10, 2008. In support of this motion, the parties state as follows:

1. By its Order of December 11, 2007, the Court stayed proceedings in this case until July 10, 2008:

2. The extension of the stay will operate so as to defer the obligation of Plaintiff to amend its Complaint and of Defendant to file its Answer or otherwise respond to the Complaint for the duration of the stay:

3. The parties continue to agree that the most productive way to proceed in this case is by

means of informal discovery.

4. Many of the documents and data responsive to the Plaintiff's requests for production contain information about other tribes and individual Indians which is protected by the Privacy Act. These responsive documents and data may not be turned over to plaintiff until the parties have agreed upon joint stipulations concerning protection of confidentiality for such documents/

data and the court has entered an Order on confidentiality;

4. The parties have exchanged drafts of confidentiality stipulations during the past two months, but have not reached agreement on said stipulations:

5. Defendant intends to serve requests for production of tribal documents relating to the Tribe's claims in this case by the end of July, 2008;

6. The completion of the informal discovery process will further inform the parties of the feasibility of a negotiated settlement of this case;

7. The parties believe that extending the current stay will serve to expedite the final resolution of this case. Also, granting of this motion will promote judicial economy and efficiency and conserve the parties' limited resources;

8. Based upon the foregoing, the Parties hereby respectfully request that the Court extend the stay of litigation in this case to, and including, December 10, 2008, and direct the filing of a Joint Status Report on or before that date.

This is the fourth request for an enlargement of the stay of litigation.

Plaintiff's counsel has authorized Defendant's counsel to sign this motion on his behalf.

Dated this 10th day of July, 2008.

Respectfully submitted,

*s/Thomas P. Schlosser*
THOMAS P. SCHLOSSER
Morriset, Schlosser, Jozwiak & McGaw
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104-1509
Tel. (206) 386-5200
Fax: (206) 386-7322
E-mail: t.schlosser@msaj.com
Attorney for Plaintiff

*s/ James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel. (202) 305-0482
Fax: (202) 353-2021
E-mail: james.upton@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I served the foregoing **JOINT MOTION FOR**

**EXTENSION OF STAY OF PROCEEDINGS BY ELECTRONICALLY** by transmitting it to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the plaintiff's counsel who is a registered CM/ECF recipient:

Thomas P. Schlosser, Esq
Morriset, Schlosser, Jozwiak & McGaw
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104-1509

*s/ James M. Upton*
James M. Upton