**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOOPA VALLEY TRIBE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-908 L**<br>**Judge Lawrence Baskir** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of December 11, 2007, the parties submit the following joint status report:

1. Counsel for the Defendant has been involved in collecting, and has provided, considerable material (in addition to what has been provided previously) to Plaintiff's counsel in response to the Tribe's detailed requests for production of documents;

2. In April, May and June, 2008, counsel for the parties had telephone conversations and exchanged e-mail proposals relating to the Plaintiff's informal discovery requests and a possible stipulation and a proposed protective order regarding the confidentiality of certain documents and data which are provided by the parties in discovery. The efforts have not yet been successful. Nor have the parties been able to agree upon a document preservation order. Discussion will continue;

3. Counsel agree that the existing stay of proceedings in this case should be extended, so they are simultaneously filing a Joint Motion for Extension of Stay of Proceedings; and

4. The parties recommend that a Joint Status Report be filed no later than December 10, 2008, informing the court on the completion of informal discovery, insofar as completion of informal discovery will further inform the parties about the feasibility of a negotiated settlement and making additional proposals. In the event that continued settlement discussions do not then seem productive, the JSR shall include the Parties' recommendations regarding deadlines for the filing of Plaintiff's amended Complaint (if any), and the filing of Defendant's Answer (or other response), and the Joint Preliminary Status Report.

Plaintiff's counsel has authorized defendant's counsel to sign this Joint Status Report on his behalf,

Dated this 10th day of July, 2008.

Respectfully submitted,

*s/ Thomas P. Schlosser*
THOMAS P. SCHLOSSER
Morriset, Schlosser, Jozwiak & McGaw
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104-1509
Tel: (206) 386-5200
Fax: (206) 386-7322
E-mail: t.schlosser@msaj.com

Attorney for Plaintiff

*s/ James M. Upton*
JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 98104-0663
Tel: (202) 305-0482
Fax: (202) 353-2120
E-mail: james.upton@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **JOINT STATUS REPORT** by transmitting it to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the plaintiff's counsel who is a registered CM/ECF recipient:

Thomas P. Schlosser, Esq.
Morriset, Schlosser,Jozwiak & McGaw
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104-1509

*s/ James M. Upton*
James M. Upton