# In the United States Court of Federal Claims

Case No. 06-908L
(Filed: July 14, 2008)

*****************************************************
HOOPA VALLEY TRIBE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

**The parties' fourth Joint Motion for Extension of Stay of Proceedings filed July 10, 2008, is hereby GRANTED with the following change: Effective immediately, this case will continue to be stayed until further notice.**

**A Joint Status Report shall be filed no later than December 10, 2008, and every 6 months thereafter,** informing the Court of the outcome of the settlement discussions and making a proposal to the Court about whether and how to proceed with the case. The JSR shall include the parties' recommendations regarding the deadlines for the filing of the Plaintiff's Amended Complaint (if any), the Defendant's Answer or response to Complaint (or Amended Complaint), and the Joint Preliminary Status Report.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge